## Knapp *v.* Miller, Appellant.

Argued September 30, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Charles D. Coll,* for appellants.

*Alvin D. Capozzi,* with him *Capozzi & Apple,* for appellees.

OPINION PER CURIAM, November 10, 1964:
Decree affirmed, each party to bear own costs.